FILED
AUG 23 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 02-06392-RDD |
| Dennis Elton Smith ) | |
| ) | Chapter 13 |
| (Debtor) ) | |

FILED
AUG 23 2007
PEGGY B. DEANS, CLERK
U.S. BANKRUPCY COURT
EASTERN DISTRICT OF N.C.

**ORDER FOR RELEASE OF UNCLAIMED FUNDS**

The Court finds that an amount of $9,120.00 constituting unclaimed dividends is declared due to Textron Financial Corp. for reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, pursuant to 28 USCS 2042, the U.S. Bankruptcy Clerk, Eastern District of North Carolina, pay this unclaimed money to the order of:

Textron Financial Corp.
c/o Federal Recovery, Inc.
P.O. Box 510
Novelty, OH 44072
(Attorney in Fact for Textron Financial Corp.)

Dated: AUG 23 2007

_____
United States Bankruptcy Judge